AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 MAY -5  AM 10: 36

CLERK
BY _____
    DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Andre Rene Levesque<br><br>*Defendant(s)* | Case No. 2:14-mj-46 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 23-25, 2014__ in the county of __Chittenden__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2261A(2) | With the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses a facility of interstate or foreign commerce to engage in a course of conduct that places that person in reasonable fear of the death of, or serious bodily injury to, that person, an immeidate family member, or spouse, and causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to that person, an immediate family member, or spouse |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William McSalis, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 5, 2014

_____
*Judge's signature*

City and state: Burlington, Vermont

Hon. John M. Conroy
*Printed name and title*