UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 MAY -8  PM 2: 51

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 2:14-CR-62 |
| v. | ) (18 U.S.C. §§ 2261A(2), 2261(b)(5)) |
| | ) |
| ANDRE RENE LEVESQUE | ) |

### INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about April 23-25, 2014, in the district of Vermont and elsewhere, defendant ANDRE RENE LEVESQUE, with the intent to kill, injure, harass, and intimidate E.S., used a facility of interstate commerce to engage in a course of conduct that placed E.S. in reasonable fear of the death of, or serious bodily injury to, E.S., an immediate family member, or spouse, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to E.S., an immediate family member, or spouse.

(18 U.S.C. §§ 2261A(2), 2261(b)(5))

## COUNT 2

On or about April 25, 2014, in the district of Vermont and elsewhere, defendant ANDRE RENE LEVESQUE, with the intent to kill, injure, harass, and intimidate S.S., used a facility of interstate commerce to engage in a course of conduct that placed S.S. in reasonable fear of the death of, or serious bodily injury to, S.S., an immediate family member, or spouse, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to S.S., an immediate family member, or spouse.

(18 U.S.C. §§ 2261A(2), 2261(b)(5))

A TRUE BILL

FOREPERSON

_____
TRISTRAM J. COFFIN (EAPC)
United States Attorney
Burlington, Vermont
May 8, 2014